SUSAN C. STEVENSON (Cal. Bar #127291)
PYLE SIMS DUNCAN & STEVENSON
A Professional Corporation
401 "B" Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 687-5200

Proposed Attorneys for Richard M Kipperman,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re                                   ) Case No. 14-09667-LT7
                                        )
CHERYL A. CAHILL,                       ) PROOF OF SERVICE
                                        )
                                        )
            Debtor.                     )
                                        )
                                        )

I, Theresa Moser, declare:

1. I am and was at the time of the service of the papers herein referred over the age of 18 years and not a party to the action; my business address is 401 B Street, Suite 1500, San Diego, California 92101. I am a resident of or am employed in San Diego County.

2. On March 6, 2015, a true and correct copy of the following pleadings:

CHAPTER 7 TRUSTEE'S EX PARTE APPLICATION TO EMPLOY AND COMPENSATE PYLE SIMS DUNCAN & STEVENSON AS GENERAL COUNSEL

DECLARATION OF PROPOSED GENERAL COUNSEL

(Attached as Exhibit A to Ex Parte Application) ORDER APPROVING THE CHAPTER 7 TRUSTEE'S EX PARTE APPLICATION TO EMPLOY AND COMPENSATE PYLE SIMS DUNCAN & STEVENSON AS GENERAL COUNSEL

///

///

1

was served via email on the United States Trustee, Region 15, at: **USTP.Region15sop@usdoj.gov**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of March, 2015, at San Diego, California.

    /s/ Theresa Moser
Theresa Moser