## United States Bankruptcy Court
### Southern District of California

In re  **Cheryl A Cahill**  
Debtor(s)

Case No. **14-09667**  
Chapter **7**

# PROOF OF SERVICE BY MAIL

I, **Harley A. Feinstein**, declare that I am a resident of or employed in the County of **San Diego**, State of **CA**. My address is **662 Encinitas Blvd Ste 260 Encinitas CA 92024**. I am over the age of eighteen years of age and am not a party to this case.

On **November 30, 2016**, I served the Declaration regarding interested party on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

Richard Kipperman  
Corporate Management  
PO Box 3010  
La Mesa, CA  
91944-3010

Julian McMillan, Esq.  
McMillan Law Group  
2751 Roosevelt Road, Suite 204  
San Diego, Ca 92106

Allison M. Rego, Esq  Cooley LLP  
4401 Eastgate Mall  
San Diego CA 92121

Office of the U.S. Trustee  
402 West Broadway, Ste 600  
San Diego, CA 92101-8511

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct

November 30, 2016

/s/ Harley A Feinstein  
**Signature**